## El Pueblo *v.* Moura.

Apelación procedente de la Corte de Distrito de Ponce.

No. 47.—Resuelto en diciembre 15, 1903.

Apelación—Delitos Misdemeanors.—Cuando en una causa criminal por delito calificado de *felony* se impusiere al acusado una pena que no fuere de *presidio*, el delito se considerará *misdemeanor* para todos los efectos después de dictada sentencia, y ésta no será apelable para ante el Tribunal Supremo, toda vez que el recurso de apelación sólo procede en causas por delitos calificados de *felony.*

### EXPOSICIÓN DEL CASO.

En el recurso de apelación que ante nos pende interpuesto (*) contra sentencia de la Corte de Distrito de Ponce en causa seguida a Antonio Moura, por delito de acometimiento con arma mortífera.

*Resultando:* que el Fiscal de la Corte de Distrito de Ponce con fecha quince de junio último formuló acusación debidamente jurada contra Antonio Moura, por el delito grave de acometimiento con arma mortífera comprendido en el artículo 237 del Código Penal, y habiendo sido juzgado por el tribunal de dicho distrito, le condenó éste por sentencia de veinte de julio siguiente a la pena de seis meses de cárcel y al pago de las costas.

*Resultando:* que contra esa sentencia interpuso la representación del acusado recurso de apelación que le fué admitido y que ha sido tramitado debidamente en esta Corte Suprema, habiéndolo impugnado el Ministerio Fiscal por ser inadmisible sin que haya comparecido la parte recurrente.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

### OPINIÓN DEL TRIBUNAL.

*Considerando:* que según el artículo 237 del Código Penal, la persona culpable de acometimiento con arma mortífera incurrirá en la pena de presidio por un término máximo de diez años o cárcel por un término máximo de dos años o multa máxima de cinco mil dollars o ambas penas; y que según el artículo 14 del mismo Código, cuando un delito castigable con pena de presidio, apareja también la de multa o cárcel, a discreción del tribunal, se considerará *misdemeanor* para todos los efectos, después de dictada sentencia imponiendo una pena que no fuere de presidio.

*Considerando:* que el recurso de apelación sólo cabe en proceso criminal en persecución de un delito muy grave (*felony*) con arreglo al artículo 345 del Código de Enjuiciamiento (*) Criminal y que debiendo reputarse *misdemeanor* por lo que se dija expuesto, para todos los efectos legales el delito por el cual ha sido penado Antonio Moura, es improcedente el recurso interpuesto.

Vistos los textos legales citados. Se desestima el recurso de apelación interpuesto por Antonio Moura contra la sentencia que dictó el Tribunal de Distrito de Ponce en veinte de julio último, con las costas al recurrente, y remítase copia certificada de esta resolución al expresado tribunal a los fines procedentes.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras, Sulzbacher y MacLeary.